HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Douglas_Beevers@fd.org

Attorneys for Defendant
KYLE COLTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KYLE COLTON,<br><br>  Defendant. | Case No. 2:24-cr-00029-DAD<br><br>**REPLY IN SUPPORT OF MOTION TO DISMISS INDICTMENT AS COVERED BY PRESIDENTIAL PARDON** |

　　　The Defense contends that the language of the pardon does not support a distinction based on what items are found in the search.

　　　The Ninth Circuit and the D.C. Circuit are likely to reach the pardon interpretation issue in two cases.  The Ninth Circuit denied the United States' motion to remand and ordered formal briefing by both parties on whether the pardon applies to a firearm conviction in *United States v. Benjamin Martin* which originated in the Eastern District of California as 1:21-CR-228-NODJ-BAM. Ex. A-B.

　　　On May 29, 2025, the Department of Justice formally advised the D.C. Circuit Court of Appeals that it would not file an appeal brief to defend the district court's denial of an unopposed defense motion to dismiss based on the January 6th pardon. See Ex. C: DOJ Letter.  2025.

Mr. Colton is not seeking to delay the trial until the law is clarified. He does not intend to put up a defense at trial, and is only seeking to preserve his right to appeal his motion to suppress.

Respectfully submitted,

Dated: June 20, 2025

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for KYLE COLTON

Motion to Dismiss                                   -2-