MICHELE BECKWITH
Acting United States Attorney
WHITNEE GOINS
SHEA J. KENNY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KYLE TRAVIS COLTON,<br><br>　　　　　　　　Defendants. | CASE NO. 2:24-CR-00029-DAD<br><br>GOVERNMENT'S WITNESS LIST<br><br>DATE: July 15, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

　　　　The United States, by and through its undersigned counsel, hereby submits the following list of witness it may call in its case-in-chief:

　　　　1.  Special Agent Allison Boos, FBI

　　　　2.  Special Agent Alexander Jernigan, FBI

| | |
|---|---|
| Dated: July 3, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>By: /s/ *Whitnee Goins & Shea J. Kenny*<br>　　　WHITNEE GOINS<br>　　　SHEA J. KENNY<br>　　　Assistant United States Attorneys |